# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO: 19-40940-659** |
| **DAKEISHA LANAE COLLINS** | ) | **Chapter 13** |
| | ) | |
| | ) | **Trustee's Objection to Confirmation** |
| | ) | Original Confirmation Hearing set for: |
| **Debtor** | ) | April 11, 2019  11:00 am |

## AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN

    **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The amended Schedule I appears to incorrectly add self-employment income from childcare on line 2 (as if it were W-2 income) instead of listing the income on line 8a, as business income, and does not provide an income/expense statement for the business.
2. Amended Schedule J increases expenses by $756 per month (a 48% increase) without explanation.

    **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: April 09, 2019

OBJCONFAF--DSD

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing document was filed electronically on April 09, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

    I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on April 09, 2019.

DAKEISHA LANAE COLLINS
3826 SULLIVAN
SAINT LOUIS, MO  63107

/s/ Diana S. Daugherty

Diana S. Daugherty